No. 405. THE UNITED STATES *v.* ANTON HANSEN HAUG. On a certificate from the United States Circuit Court of Appeals for the Ninth Circuit. February 28, 1910. Certificate dismissed on motion of *Mr. Solicitor General Bowers* for the United States. *The Attorney General* and *The Solicitor General* for the United States. No appearance for Haug.

No. 134. ISRAEL ALPER, APPELLANT, *v.* WILLIAM HENKEL, UNITED STATES MARSHAL FOR THE SOUTHERN DISTRICT OF NEW YORK. Appeal from the Circuit Court of the United States for the Southern District of New York. March 7, 1910. Dismissed with costs, pursuant to the tenth rule. *Mr. Max D. Steuer* for the appellant. *The Attorney General* for the appellee.

No. 718. JOHN ALLEN HEANY ET AL., APPELLANTS, *v.* EDWARD B. MOORE, COMMISSIONER OF PATENTS. Appeal from the Court of Appeals of the District of Columbia. March 10, 1910. Dismissed with costs, on motion of counsel for the appellants. *Mr. Charles A. Douglas, Mr. Gibbs L. Baker,* and *Mr. James H. Hayden* for the appellants. *The Attorney General* for the appellee.